**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | | ) | |
| Hercules, Cynthia Swiger | xxx-xx-9687 | ) | |
| 2560 Ashewood Drive | | ) | Case No. 22-10559 C-13 |
| Snow Camp, NC 27349 | | ) | |
| | | ) | |
| | Debtor. | ) | |

**TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

NOW COMES, Anita Jo Kinlaw Troxler, Trustee in the above-referenced case, and objects to the Motion for Relief from Stay (Doc #35) filed by Credit Acceptance Corporation and in support of the objection states as follows:

1. This Chapter 13 plan was confirmed January 11, 2023, with the Trustee to be the disbursing agent on Claim 4 of Credit Acceptance Corporation secured by a lien against a 2017 Ford.

2. Pursuant to the terms of the confirmed plan the claim of Credit Acceptance Corporation is scheduled to be paid in the full claim amount of $12,626.65 with interest at 7.5% per annum and the records of the Trustee show the claim to be completely current in payments pursuant to the confirmed plan including a disbursement taking place September 30, 2026, in the amount of $312.75.

3. On September 22, 2026, a Motion for Relief from the Automatic Stay (Doc #35) was filed by Credit Acceptance Corporation stating the vehicle had been wrecked and requesting the stay be modified to allow Credit Acceptance Corporation to retain and apply $3,801.21 in insurance proceeds to the account which insurance proceeds are indicated to be in the possession of Credit Acceptance Corporation.

4. The Trustee is informed and believes that Credit Acceptance Corporation did not notify the disbursing agent of the receipt of the insurance proceeds until the filing of the Motion for Relief from Stay on September 22, 2026.

5. According to the records of the Trustee the balance owing on the secured claim is $354.68.

6. The Trustee objects to the Motion for Relief from Stay as to the insurance proceeds and further objects to the retention of any of the insurance proceeds by Credit Acceptance Corporation. The insurance proceeds should be released by Credit Acceptance Corporation to the Trustee for the Trustee to then disburse to Credit Acceptance Corporation the balance owing on the secured claim with the balance of the insurance proceeds to be reserved in the case to be disbursed to the Debtor upon entry of discharge in the case or disbursed to Credit Acceptance Corporation if the case is dismissed or converts to Chapter 7.

WHEREFORE, the Trustee requests that the Motion for Relief from Stay be denied and that Credit Acceptance Corporation be required to turnover the insurance proceeds to the Chapter 13 Trustee as disbursement and reserved as indicated above.

Date: October 1, 2026

s/Anita Jo Kinlaw Troxler
Standing Trustee
P.O. Box 1720
Greensboro, NC 27402-1720
(336) 378-9164

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | | ) | |
| Hercules, Cynthia Swiger | xxx-xx-9687 | ) | |
| 2560 Ashewood Drive | | ) | Case No. 22-10559 C-13 |
| Snow Camp, NC 27349 | | ) | |
| | | ) | |
| | Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date below, the undersigned served a copy of the **TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY** on the parties listed below by First-Class U.S. Mail at their last known address shown below or served electronically through the Court's ECF System at the e-mail address registered with the Court.

Via CM/ECF Electronic Notice:

Anita Jo Kinlaw Troxler

John Paul H. Cournoyer

Daniel L. Hawkins

Eudora F. S. Arthur

Via First-Class Mail:

Cynthia Swiger Hercules
2560 Ashewood Drive
Snow Camp, NC 27349

Credit Acceptance Corp.
25505 W. 12 Mile Rd.
Southfield, MI 48034

Date: October 1, 2026

s/ Pearleen Wimbush
Chapter 13 Office
Greensboro, North Carolina