**SO ORDERED.**

**SIGNED this 2nd day of November, 2026.**

BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 6/04)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | | |
|---|---|---|---|
| In Re: | | ) | |
| | | ) | |
| Hercules, Cynthia Swiger | xxx-xx-9687 | ) | |
| 2560 Ashewood Drive | | ) | Case No: 22-10559 C-13 |
| Snow Camp, NC 27349 | | ) | |
| | | ) | |
| | Debtor. | ) | |

**ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY**

This case came before the Court for hearing on October 15, 2026, on the Motion (Doc #35) filed by Credit Acceptance Corporation ("Movant") pursuant to 11 U.S.C. §362 et seq., for relief from stay regarding a 2017 Ford Fusion. All necessary parties having been given adequate notice of the Motion and hearing, at the hearing the Trustee appeared. The Movant did not appear.

The Court finds after hearing on the Motion that the Motion for relief from stay should be denied; therefore, it is

ORDERED that the Motion for relief from stay by the Movant regarding a 2017 Ford Fusion is denied.

END OF DOCUMENT

PARTIES TO BE SERVED
PAGE 1 OF 1
22-10559 C-13G

ELECTRONIC SERVICE:

Anita Jo Kinlaw Troxler

John Paul H. Cournoyer

Daniel L. Hawkins

Eudora F S Arthur

REGULAR MAIL:

CYNTHIA SWIGER HERCULES
2560 ASHEWOOD DRIVE
SNOW CAMP, NC 27349

CREDIT ACCEPTANCE CORP
25505 W 12 MILE RD
SOUTHFIELD, MI 48034